JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nina Martin,<br><br>        Plaintiff,<br><br>    v.<br><br>Arkansas Best Corp., et al.,<br><br>        Defendant(s).<br>_____ | EDCV 12-00637 JVS (VBKx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: September 27, 2012

                                                 _____
                                                   James V. Selna
                                        United States District Judge